UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN THEODORE DEVRIES,

    Defendant.
_____/

Case No. 1:23-cr-84

Hon. Hala Y. Jarbou

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 7, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation recommending that the guilty plea as to the Indictment be accepted. (R&R, ECF No. 36.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on September 21, 2023. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

    **IT IS ORDERED** that:

1. The R&R (ECF No. 36) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

3. Defendant shall remain detained pending sentencing, scheduled for **January 23, 2024, at 9:00 a.m.**

Dated: September 22, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE